MR. JUSTICE MORRISON,
dissenting:
In opinion the relevant statute, Section 70-17-112(2)(5), MCA, controls and allows attorneys’ fees. Knudsen did in fact institute an action to prevent Taylor from impairing his ditch right. Knudsen was successful. It makes no difference that the jury awarded Taylor the value of his culverts. Even if the culverts were improperly installed, Taylor may well be entitled to damages for the destruction of the culverts. This in no way detracts from the fact that Taylor was found to have improperly impeded the flow of water through the Ester Ditch and Knudsen was awarded damage for such improper conduct on the
part of Taylor. The clear language of the statute authorizes attorneys’ fees under these circumstances.
I would reverse the order of the District Court and grant attorneys’ fees to Knudsen.